**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6475**

---

In Re: KENNETH TRIBBLE,

                                        Petitioner.

---

On Petition for Writ of Mandamus.
(CA-97-184-5-3-MU)

---

Submitted: June 5, 2001              Decided: June 26, 2001

---

Before WIDENER, LUTTIG, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Kenneth Tribble, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Tribble petitions this court for a writ of mandamus directing the district court to act upon his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). The district court entered a final order on May 11, 2001, denying relief on Tribble's § 2254 petition. Accordingly, although we grant Tribble's motion for leave to proceed in forma pauperis, as amended, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2